In re Alonzo, Gene et al.; Assevedo, Malcolm; Assevedo, Richard J. Jr.; Bari-sich, George; Barisich, Joseph; Borden, Dale; Borden, Harry D.; Campo, Donnie; Caywood, William; Cibilic, Pero; Clear Water Oyster Inc.; Collins, Joseph; Domingo, Ramo; — Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of St. Bernard, 34th Judicial District Court Div. B, No. 79-080; to the Court of Appeal, Fourth Circuit, No. 2003-CA-0553.
Denied.
TRAYLOR, J., recused.